# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PHILLIP NEWTON

NO. 2021 KW 1179

**DECEMBER 30, 2021**

---

In Re:   Phillip Newton, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 13-CR-346.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> VGW
> AHP
> CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT